Decided October 10, 1996

STATE OF CONNECTICUT *v.* ROBERT L. GARRETT

The request by the Appellate Court panel for certification to appeal from the Appellate Court, 42 Conn. App. 507 (AC 14385), is denied.

*Kelly J. Goulet,* deputy assistant public defender, and *Ronald G. Weller,* assistant state's attorney, in opposition.

Decided October 10, 1996